# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

___

### JUDGMENT IN A CIVIL CASE

Keith Edward Walker,

    Plaintiff,

    **V.**    Case No. 16-0367-CV-W-BCW-P

Tiffany Leuty,

    Defendant.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that Plaintiff's motion for leave to add as a defendant the Missouri State Public Defender System (Doc. 4) is denied, and this case is dismissed for Plaintiff's failure to state a claim upon which relief may be granted. Plaintiff is cautioned that federal law "makes prisoners responsible for [appellate filing fees of $505.00] the moment the prisoner... files an appeal."

Entered on: <u>May 6, 2016.</u>.

                      PAIGE WYMORE-WYNN
                      ACTING CLERK OF COURT

                      <u>/s/ C. Thoennes</u>
                      (By) Deputy Clerk